**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 14-1307**

————————

MARTIN PATRICK SHEEHAN,

       Trustee - Appellant,

   v.

KARL K. WARNER,

       Defendant - Appellee.

————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:13-cv-00165-IMK; 1:10-00888; 1:10-00100)

————————

Submitted: October 24, 2014     Decided: November 3, 2014

————————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Martin P. Sheehan, SHEEHAN & NUGENT, PLLC, Wheeling, West Virginia, for Appellant. Edward R. Kohout, Morgantown, West Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Patrick Sheehan, the bankruptcy trustee, appeals from the district court's order upholding the bankruptcy court's order denying his motion for reconsideration of the court's orders determining that there was no transfer of property and therefore denying Sheehan's motions for summary judgment and for reconsideration of that order. We have reviewed the record and the briefs filed on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sheehan v. Warner, No. 1:13-cv-00165-IMK (N.D. W. Va. Mar. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED